## CRITES v. WILKINSON.

### January 29, 1884.

#### 3 Pac. 130.

Appeal.—Where There is No Evidence to Support the Findings of the court below, the judgment will be reversed.

APPEAL from the Superior Court of Kern County.

This was an action for damages and for an injunction to restrain defendant from diverting the flow of water in a creek from ditches running over plaintiff's land—plaintiff alleging to be owner of such water right by prescription. Defendant denied plaintiff's title to such water right. The court found plaintiff to be the owner of such water right, and entitled to the injunction prayed for. Defendant appealed.

Z. G. Peck and J. W. Freeman for appellant; R. E. Arick for respondent.

By the COURT.—We have read the record attentively, and find no evidence to support the finding of the court below, to the effect that the plaintiff acquired the right to divert from the stream mentioned in the record one hundred inches of its water, measured under a four-inch pressure. The judgment securing him that right, as well as the order refusing the defendant a new trial, must therefore be reversed.

Judgment and order reversed and cause remanded for a new trial.